# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITI BARMAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ZOGENIX, INC., CAM L. GARNER, LOUIS C. BOCK, JAMES B. BREITMEYER, STEPHEN FARR, CAROLINE M. LOEWY, ERLE T. MAST, MARY E. STUTTS, RENEE TANNENBAUM, DENELLE J. WAYNICK, and MARK WIGGINS,<br><br>                    Defendants. | Case No.: 4:22-cv-00719-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Priti Barman ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 2, 2022         **BRODSKY & SMITH**

                                          By:   */s/ Evan J. Smith*
                                                  Evan J. Smith
                                                  9595 Wilshire Blvd., Ste. 900
                                                  Beverly Hills, CA 90212
                                                  Phone: (877) 534-2590
                                                  Facsimile (310) 247-0160

                                                  *Attorneys for Plaintiff*